**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00081-CR-W-GAF |
| | ) | |
| REGINALD COLLIER, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On September 23, 2009, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

        One DVD Writer LG, Serial Number: 503ZYG5023799;

        One Generic DVD Burner, Serial Number: 10106011;

        One Aleratac 7-Bay DVD Burner, Serial Number: 00332-002163;

        One KCH CD Recorder, Model Number: CDR2000;

        One Microboards DVD Burner Quebec DVD, Serial Number: 10896;

        One CD Writer Telex, Serial Number: US0119001;

        Approximately 1,355 counterfeit DVDs;

        Approximately 994 counterfeit CDs;

        Seven Black CD/DVD cases; and

        One Compaq Laptop Presario R4000, Serial Number: CNDS210JX1.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly

posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on September 30, 2009, and ending on October 29, 2009.  A copy of the Declaration of Publication is on file with the Court.  There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice.  Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant Reginald Collier had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Accordingly, it is hereby ORDERED:

1.  Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2.  All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3.  The claims and interests of any other persons or parties are forever foreclosed and barred.

4.   All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED this <u>14th</u> day of <u>December</u>, 2009.

<u>s/ Gary A. Fenner</u>
Gary A. Fenner, Judge
United States District Court